Case Name: Erickson Family Chiropractic, SC
Case No:     07-72116

# CERTIFICATION OF REVIEW

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: July 8, 2008              WILLIAM T. NEARY
                                      United States Trustee, Region 11


                            BY:    */s/ Carole J. Ryczek*
                                      CAROLE J. RYCZEK
                                      Attorney for the U.S. Trustee