IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
ERICKSON FAMILY CHIROPRACTIC, SC

CASE NO. 07-72116 MB

Judge Manuel Barbosa

Debtor(s)

Social Security/Employer Tax ID Number:

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
    At:   U.S. BANKRUPTCY COURT
          211 South Court Street, Room 220
          Rockford, IL 61101

    on:   August 13, 2008
    at:   9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Barrick, Switzer, Long, Balsley & Van Evera Trustee's Firm Legal | $ 0.00 | $ | 57.00 |
| Barrick, Switzer, Long, Balsley & Van Evera Trustee's Firm Legal | $ 0.00 | 1,833.00 | |
| JAMES E. STEVENS Trustee | $ 0.00 | 2,255.00 | |

EXHIBIT A

4. The Trustee's Final Report shows total:

    a. Receipts                                                           $ 15,049.96

    b. Disbursements                                      $ 15.04

    c. Net Cash Available for Distribution         $ 15,034.92

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $10,889.92, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $288,493.28, resulting in an approximate distribution of 3.77% to unsecured creditors.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.


DATE: 7/2/08                                         /s/ James E. Stevens
                                                      James E. Stevens


EXHIBIT A

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-3           User: cbachman              Page 1 of 1                  Date Rcvd: Jul 09, 2008
Case: 07-72116                 Form ID: pdf002             Total Served: 15

The following entities were served by first class mail on Jul 11, 2008.
db           +Erickson Family Chiropratic, SC,    5412 Route 31, #2,    Crystal Lake, IL 60012-3793
aty          +Richard T Jones,    138 Cass Street,    Woodstock, IL 60098-3254
tr           +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, IL 61108-2579
11590534     +Alarm Detection System,    1111 Church Road,    Aurora, IL 60505-1905
11590535     +Billing Precision LLC,    108 Juniper Street,    Dumont, NJ 07628-1314
11590536     +CE Law,    25151 Iroquios Ct.,    Lake Barrington, IL 60010-1104
11590537     +Fairlawn Limited Partnership,    1632 Sheridan Rd.,    N. Chicago, IL 60064-2211
11590538     +Favaro & Gorman,    835 Sterling Avenue, #100,    Palatine, IL 60067-2246
11590539     +Home Pages,    915 E. Lincoln Hwy,    Post Office Box 801,    DeKalb, IL 60115-0801
11590540     +Maximized Living Center,    Ivy Gilbert,    5051 Hidden Pathway, #103,    Sanford, FL 32771-7477
12200235     +Maximized Living Centers LLC,     % Philip J Landau Esq,    350 E Las Olas Blvd  Ste 1600,
               Ft Lauderdale, FL 33301-4247
11590542     +Montesantos Properties,    366 East Parkview Avenue,    Elmhurst, Illinois 60126-4110
11590541     +Montesantos Properties,    366 E. Parkview Ave.,    Elmhurst, IL 60126-4110
11590543     +One Voice Advertising Concepts,    659 Ridgeview Rd.,    McHenry, IL 60050-7012
11590544     +Patti Lessard,    c/o George Kililis & Assoc.,    240 Commerce Drive, #A,
               Crystal Lake, IL 60014-3549

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, Il 61108-2579
                                                                                                TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 11, 2008**          **Signature:** _Joseph Speetjens_