UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| ERICKON FAMILY CHIROPRACTIC, SC | ) | Case No. 07 B 72116 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge Manuel Barbosa |

## TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE

TO: THE HONORABLE BANKRUPTCY JUDGE MANUEL BARBOSA

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks were issued. All evidence of all cancelled checks are attached as Group Exhibit "A,

The final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, request that he be discharged, and the case closed pursuant to 11 U.S.C. Section 350.

_____
TRUSTEE, JAMES E. STEVENS

### CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Dated: _October 20, 2008_    WILLIAM T. NEARY,
United States Trustee
By: _Christine K. Miller_
CHRISTINE K. MILLER, Paralegal Specialist

BARRICK, SWITZER, LONG
BALSLEY & VAN EVERA
BY: JAMES E. STEVENS
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611

**JPMorganChase**

May 31, 2008 through June 30, 2008
Account Number: **000312096995365**

ACCOUNT # 000312096995365
ERICKSON FAMILY CHIROPRATIC
07-72116

**IMAGES**



004780920742 JUN 10 #0000001001 $15.04



004780920742 JUN 10 #0000001001 $15.04



# JPMorganChase

August 01, 2008 through August 29, 2008

Primary Account: **000312096995365**

ACCOUNT # 000312096995366
ERICKSON FAMILY CHIROPRAT
07-72116

**IMAGES**



007580128838 AUG 15 #0000000101 $57.00



007580128838 AUG 15 #0000000101 $57.00



007580128839 AUG 15 #0000000102 $1,833.00



007580128839 AUG 15 #0000000102 $1,833.00

**JPMorganChase**

August 01, 2008 through August 29, 2008

Primary Account: **000312096995365**

ACCOUNT # 000312096995366
ERICKSON FAMILY CHIROPRAT
07-72116



007580128841 AUG 15 #0000000103 $2,255.00



007580128841 AUG 15 #0000000103 $2,255.00



007580433929 AUG 19 #0000000104 $52.62



007580433929 AUG 19 #0000000104 $52.62

# JPMorganChase

August 01, 2008 through August 29, 2008

Primary Account: **000312096995365**

ACCOUNT # 000312096995366
ERICKSON FAMILY CHIPROPRAT
07-72116




005780142724 AUG 22 #0000000105 $264.71

005780142724 AUG 22 #0000000105 $264.71

**JPMorganChase**

August 30, 2008 through September 30, 2008

Account Number: **000312096995366**

ACCOUNT # 000312096995366
ERICKSON FAMILY CHIROPRAT
07-72116

**IMAGES**




005380845647 SEP 08 #0000000106 $10,575.23

005380845647 SEP 08 #0000000106 $10,575.23

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

August 30, 2008 through September 30, 2008
Account Number: **000312096995366**

## CUSTOMER SERVICE INFORMATION

Service Center:　1-800-634-5273



00016621 DBI 802 24 27508 - NNNNN 1 000000000 60 0000
07-72116 ERICKSON FAMILY CHIROPRATIC
SC DEBTOR
330420 JAMES STEVENS TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## CHECKING SUMMARY
Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $10,575.23 |
| Checks Paid | 1 | - 10,575.23 |
| Ending Balance | 1 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 106 | 09/08 | $10,575.23 |
| Total Checks Paid |  | $10,575.23 |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 09/08 | $0.00 |

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

August 30, 2008 through September 30, 2008
Account Number: **000312096995365**

## CUSTOMER SERVICE INFORMATION

Service Center:                    1-800-634-5273

00016620 DBI 802 24 27508 - NNNNN  6 000000000 60 0000
07-72116 ERICKSON FAMILY CHIROPRATIC
SC DEBTOR
330420 JAMES STEVENS TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## SAVINGS SUMMARY | Bankruptcy Business Money Market

|                            | INSTANCES | AMOUNT |
|----------------------------|-----------|--------|
| **Beginning Balance**      |           | $0.00  |
| **Ending Balance**         | 0         | $0.00  |
| Interest Paid Year-to-Date |           | $12.85 |

This account earns interest daily and the current interest rate is 0.15%.

The total interest paid this year is $12.85.